DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Counsel Designated for Service
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
AUGUSTINE RAMOS CAMPOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>AUGUSTINE RAMOS CAMPOS,<br><br>        Defendant. | No. Cr. S 98-288 GEB<br><br>**STIPULATION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2) and [lodged] ORDER**<br><br>**RETROACTIVE CRACK COCAINE REDUCTION CASE** |

Defendant, AUGUSTINE RAMOS CAMPOS, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney RICHARD J. BENDER, hereby stipulate as follows:

    1.    Pursuant to 18 U.S.C. § 3582(c)(2), this court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

    2.    On March 15, 1999, this Court sentenced Mr. Campos to a term of imprisonment of 168 months;

    3.    The sentencing range applicable to Mr. Campos was

subsequently lowered by the United States Sentencing Commission in Amendment 706 by two levels;

4. Accordingly, Mr. Campos's adjusted offense level has been reduced from 32 to 30, and a sentence at the low end of the new guideline range is 135 months;

5. Accordingly, the parties request the court enter the order lodged herewith reducing Mr. Campos's term of imprisonment to an aggregate term of 135 months on all counts.

Dated:  May 6, 2008

Respectfully submitted,

| McGREGOR SCOTT | DANIEL J. BRODERICK |
| United States Attorney | Federal Defender |
| | |
| /s/ *Richard J. Bender* | /s/ *David M. Porter* |
| RICHARD J. BENDER | DAVID M. PORTER |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for Plaintiff | Attorney for Movant |
| UNITED STATES OF AMERICA | AUGUSTINE RAMOS CAMPOS |

ORDER

This matter came before the Court on the motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) filed on May 1, 2008.

The parties agree, and the Court finds, that Mr. Campos is entitled to the benefit of the retroactive amendment reducing crack cocaine penalties, which reduces the applicable base offense level from 32 to 30.  A sentence at the low end of the new guideline range would be 135 months

IT IS HEREBY ORDERED that the term of imprisonment originally imposed is reduced to an aggregate term of 135 months on all counts.

IT IS FURTHER ORDERED that all other terms and provisions of the STIPULATION and ORDER TO REDUCE SENTENCE

1 | original judgment remain in effect.

2 |     Unless otherwise ordered, Mr. Campos shall report to the United
3 | States Probation office closest to the release destination within
4 | seventy-two hours after his release.

5 | Dated: May 6, 2008

7 |                   GARLAND E. BURRELL, JR.
8 |                   United States District Judge

STIPULATION and ORDER TO REDUCE SENTENCE
-3-