# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| AUGUSTINE RAMOS CAMPOS ) | Case No: 2:98CR00288-01 |
| ) | USM No: 11053-097 |
| Date of Previous Judgment: 2/26/99 ) | David Porter, Assistant Federal Defender |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  x  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   x  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  168 months  months **is reduced to**  135 months  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level:  32                Amended Offense Level:  30
Criminal History Category:  IV             Criminal History Category:  IV
Previous Guideline Range:  168  to  210  months    Amended Guideline Range:  135  to  168  months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

x  The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated  2/26/99  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  5/7/08

_____
Judge's signature

Effective Date: _____
(if different from order date)

Chief United States District Judge
Printed name and title